## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **vs.** | **)** | **CR 12-38** |
| | **)** | |
| **SHANTELL JONES** | **)** | |

### <u>MEMORANDUM ORDER</u>

Pending before the Court is Defendant's Motion for the Return of Property [ECF 73]. By this Motion, Defendant seeks the return of three items: (1) Samsung 4G; (2) LC Cellular Phone; and (3) Samsung Cellular Phone ("the Property"). The Government has indicated to the Court that it does not object to Defendant's Motion. Accordingly, this 12th day of May, 2016, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant's Motion for the Return of Property [ECF 73] is GRANTED.

It is further hereby ORDERED, ADJUDGED, AND DECREED that the Government shall contact Defendant within thirty (30) days of the date of this Order to make the necessary arrangements for the Property to be released to an appropriate representative of Defendant.

S/ Maurice B. Cohill, Jr. _____
Maurice B. Cohill, Jr.
Senior United States District Court Judge

cc: Shantell Jones
FCI McKean
P.O. Box 8000
Bradford, PA 16701