# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANTELL LAMONT JONES, | ) | |
| | ) | |
| PETITIONER, | ) | CR12-38E |
| | ) | CV14-170E |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

## ORDER

AND NOW, this 3rd day of August, 2016, the United States Supreme Court having decided <u>Mathis v. United States</u>, 136 S.Ct. 1243 (2016) on June 23, 2016, it is hereby ORDERED, ADJUDGED, AND DECREED that the stay in this case is lifted.

It is further hereby ORDERED, ADJUDGED, AND DECREED that the Government shall file its response to Defendant's Amended Motion to Vacate or Correct Sentence Under 28 U.S.C. § 2255 no later than September 2, 2016 and Defendant may file a reply to the Government's response no later than September 23, 2016.

*/s/ Judge Joy Conti*
Joy Flowers Conti
Chief United States District Court Judge